**2002–1516.   Columbus City Schools Bd. of Edn. v. Zaino.**

Board of Tax Appeals, No. 00–G–948. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**2002–1675.   Maestle v. Best Buy Co.**

Cuyahoga App. No. 79827. This cause is pending before the court on the certification of a conflict by the Court of Appeals for Cuyahoga County. It appearing to the court that the appellees herein also filed a copy of the court of appeals' order certifying a conflict with this court, which was assigned case No. 2002–1674,

IT IS ORDERED by the court, sua sponte, that the copy of the court of appeals' order certifying a conflict filed in this case is deemed filed in case No. 2002–1674 as a second copy of the court of appeals' order certifying a conflict.

IT IS FURTHER ORDERED that appellants herein shall proceed as appellees/cross-appellants in case No. 2002–1674 and appellees herein shall proceed as appellants/cross-appellees in case No. 2002–1674.

IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

# DISCIPLINARY CASES

**1998–0423.   Columbus Bar Assn. v. King.**

IT IS ORDERED by this court, sua sponte, that Christopher King, Attorney Registration No. 0062199, last known address in Columbus, Ohio, be found in contempt for failure to comply with this court's order of April 24, 2002, to wit, failure to surrender his certificate of admission and failure to file an affidavit of compliance on or before May 24, 2002.

**2000–1488.   In re Resignation of Caliman.**

IT IS ORDERED by this court, sua sponte, that Alvah Noel Caliman, Attorney Registration No. 0023375, last known business address in Cincinnati, Ohio, be found in contempt for failure to comply with this court's order of March 27, 2001, to wit, failure to surrender his certificate of admission and failure to file an affidavit of compliance on or before April 26, 2001.

**2000–2229.   Greene Cty. Bar Assn. v. Fodal.**

IT IS ORDERED by this court, sua sponte, that Joe R. Fodal, Attorney Registration No. 0011515, last known business address in Fairborn, Ohio, be found in contempt for failure to comply with this court's order of June 13, 2001, to wit, failure to surrender his certificate of admission and failure to file an affidavit of compliance on or before July 13, 2001.

**2000–2283.   Disciplinary Counsel v. Droe.**

IT IS ORDERED by this court, sua sponte, that William G. Droe, Attorney Registration No. 0040993, last known business address in Cleveland, Ohio, be found in contempt for failure to comply with this court's order of May 30, 2001, to wit, failure to file an affidavit of compliance on or before June 29, 2001.

**2001–0368.   Columbus Bar Assn. v. Foster.**

IT IS ORDERED by this court, sua sponte, that Thomas J. Foster, Attorney Registration No. 0058540, last known business address in Columbus, Ohio, be found in contempt for failure to comply with this court's order of July 18, 2001, to wit, failure to surrender his certificate of admission and attorney registration card and failure to file an affidavit of compliance on or before August 17, 2001.